# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

**SR 777-322**

Effective Date of Registration:
October 12, 2016

## Title
Title of Work: Who's got my lightah

## Completion/Publication
Year of Completion: 1996
Date of 1st Publication: March 03, 1996
Nation of 1st Publication: United States

## Author
- Author: Richard Dean Morrill
  Author Created: sound recording, musical composition, lyrics
  Work made for hire: No
  Citizen of: United States

## Copyright Claimant
Copyright Claimant: Richard Dean Morrill
6851 S. Lamar St., Littleton, CO, 80128, United States

## Limitation of copyright claim
Material excluded from this claim: none
New material included in claim: sound recording, musical composition, lyrics

## Rights and Permissions
Organization Name: Patent Law Offices of Rick Martin, PC
Name: Rick Martin
Email: rmartin@patentcolorado.com
Telephone: (303)651-2177
Alt. Telephone: (303)651-2177
Address: PO Box 1839
Longmont, CO 80502 United States

## Certification

Registration #:   SR0000777322
Service Request #:   1-3853457441

Patent Law Offices of Rick Martin, PC
Rick Martin
PO Box 1839
Longmont, CO 80502 United States