# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number
**SR 777-325**

Effective Date of Registration:
October 12, 2016

## Title

| | |
|---|---|
| Title of Work: | Who's got my lighter |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | May 23, 2009 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Richard Dean Morrill |
| Author Created: | sound recording, musical composition, lyrics |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Richard Dean Morrill |
| | 6851 S. Lamar St., Littleton, CO, 80128, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | previously published sound recording, music, lyrics |
| New material included in claim: | sound recording, revised music |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Patent Law Offices of Rick Martin, PC |
| Name: | Rick Martin |
| Email: | rmartin@patentcolorado.com |
| Telephone: | (303)651-2177 |
| Address: | PO Box 1839 |
| | Longmont, CO 80502 United States |

## Certification

| | |
|---|---|
| Name: | Rick Martin |
| Date: | July 26, 2016 |

Page 1 of 2

Registration #: SR0000777325
Service Request #: 1-3853457710

Patent Law Offices of Rick Martin, PC
Rick Martin
PO Box 1839
Longmont, CO 80502 United States