Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants
GWEN STEFANI, PHARRELL WILLIAMS,
BREAK OUT MY COCOON, LLC and
UMG RECORDINGS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RICHARD MORRILL, | Case No. 2:17-cv-07301-DMG-SK |
| Plaintiff, | |
| vs. | STIPULATION TO ORDER SETTING SEPARATE DISCLOSURE AND DISCOVERY DEADLINES FOR EXPERTS AS TO THE EXTRINSIC TEST |
| GWEN STEFANI, *et al.*, | |
| Defendants. | |
| | [*Proposed*] Order Submitted Herewith |

# STIPULATION

This Stipulation is entered into by and between plaintiff Richard Morrill, on the one hand, and defendants Gwen Stefani, Pharrell Williams, Break Out My Cocoon, LLC and UMG Recordings, Inc., on the other hand, by and through their respective attorneys of record, with respect to the following facts:

1. The parties have agreed that expert disclosures and discovery as to the extrinsic test applicable to copyright infringement claims need not be delayed until fact discovery is completed and, pursuant to the parties' agreement, they jointly proposed to the Court separate disclosure and discovery deadlines for experts as to the extrinsic test. Joint Rule 26(f) Report (Doc. 80) at 7:8-16; Joint Supplement to Joint Rule 26(f) Report (Doc. 93) at 2.

2. The Court's February 14, 2018 Scheduling and Management Order *Re* Jury Trial (Doc. 96) provides that the parties may stipulate to early expert disclosure dates.

3. Plaintiff has requested that the early expert disclosure dates previously agreed upon be changed to the following:

- Initial Expert Disclosure & Report Deadline as to Copyright Extrinsic Test: March 19, 2018;
- Rebuttal Expert Disclosure & Report Deadline as to Copyright Extrinsic Test: April 16, 2018; and
- Expert Discovery Cut-Off as to Copyright Extrinsic Test (includes hearing of discovery motions): May 7, 2018.

**NOW, THEREFORE,** plaintiff Richard Morrill and defendants Gwen Stefani, Pharrell Williams, Break Out My Cocoon, LLC and UMG Recordings, Inc., stipulate to the Court's entry of the accompanying proposed Order setting the

///

///

///

1

foregoing separate disclosure and discovery deadlines for experts as to the extrinsic test.

**SO STIPULATED**

Dated: February 20, 2018

    /s/ Samantha Peaslee
Alan F. Blakley, Esq.
Samantha Peaslee, Esq.
POLARIS LAW GROUP
Attorney for Plaintiff
RICHARD MORRILL

Dated: February 20, 2018

    /s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
GWEN STEFANI,
PHARRELL WILLIAMS,
BREAK OUT MY COCOON, LLC
and UMG RECORDINGS, INC.

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 20, 2018

    /s/ Peter J. Anderson
Peter J. Anderson, Esq.

2