**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICHARD MORRILL, | Case No.: CV 17-7301-DMG (SKx) |
| Plaintiff, | |
| vs. | ORDER SETTING SEPARATE DISCLOSURE AND DISCOVERY DEADLINES FOR EXPERTS AS TO THE EXTRINSIC TEST [98] |
| GWEN STEFANI, PHARRELL WILLIAMS, BREAK OUT MY COCOON, LLC, d/b/a HARAJUKU LOVER MUSIC, and INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC., and UMG RECORDINGS, INC., | |
| Defendants. | |

1  The Court having received and considered the Stipulation of plaintiff Richard Morrill and defendants Gwen Stefani, Pharrell Williams, Break Out My Cocoon, LLC and UMG Recordings, Inc.,

**IT IS HEREBY ORDERED** that the following deadlines shall apply to expert disclosures and discovery as to the extrinsic test applicable to copyright infringement claims:

1. Initial Expert Disclosure & Report Deadline as to Copyright Extrinsic Test: March 19, 2018;
2. Rebuttal Expert Disclosure & Report Deadline as to Copyright Extrinsic Test: April 16, 2018; and
3. Expert Discovery Cut-Off as to Copyright Extrinsic Test (includes hearing of discovery motions): May 7, 2018.

DATED: February 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE