# JUDITH FINELL MUSICSERVICES INC.

### CONSULTING · RESEARCH · MUSIC COPYRIGHT MATTERS · MUSIC INDUSTRY SUPPORT

March 17, 2018

## Preliminary Comparison of
## "Whos Got My Lightah" (Richard Morrill, 1996) and
## "Lighter" (Richard Morrill, 2009)
## with "Spark the Fire" (Gwen Stefani)

## Materials Reviewed and Methodology

1. The following recordings were provided by Polaris Law Group:[1]

   a. "1996 Whos [*sic*] Got My Lightah"

   b. "Lighter Master 2009"

   c. "Spark the Fire"

2. A preliminary review was conducted of the above recordings. Brief transcriptions of selected portions of the songs were prepared for the purposes of comparison. A transcription is a written representation of the sounds heard in a musical performance.

3. The above works will be referred to in the report below as "Lightah 1996," "Lighter 2009," and "Spark," respectively.

## Preliminary Conclusions

4. "Lightah 1996" and "Lighter 2009" contain both identical and separate elements of substantial similarity in comparison with "Spark."

---

[1] The accompanying letter from Polaris Law Group refers to these songs as "Who's Got the Lightah" and "Lighter."

4712 ADMIRALTY WAY, SUITE 918, MARINA DEL REY, CALIFORNIA 90292    TEL: (310) 301 3338
81 PONDFIELD ROAD, SUITE 246, BRONXVILLE, NEW YORK 10708    TEL: (914) 779 8881
EMAIL: JUDI@JFMUSICSERVICES.COM    WEBSITE: HTTP://WWW.JFMUSICSERVICES.COM

March 17, 2018

5. "Lightah 1996" contains three primary similarities in comparison to "Spark," found in the vocal and instrumental parts of both songs. Two of the three similar features are combined simultaneously in both songs.

6. "Lighter 2009" contains three primary similarities in comparison to "Spark," all found in the vocal material of both songs.

7. The shared similar features recur often in all three songs and are defining compositional elements in all three songs.

## **Findings**

## **Comparison 1:**

### **"Whos Got My Lightah" (Richard Morrill, 1996) and "Spark the Fire" (Gwen Stefani)**

8. The most obvious and important similar features found between "Lightah 1996" and "Spark" are:

   a. Similar Feature A: recurring lyrics combined with structural and rhythmic similarities, including the hooks of both songs.[2]

   b. Similar Feature B: a similar rhythmic pattern shared in both a recurring vocal phrase[3] in "Lightah 1996" and the hook phrases of "Spark."

   c. Similar Feature C: a distinctive tritone feature in the instrumental accompaniments of both songs.[4] This feature occurs simultaneously with Similar Feature A and separately with Similar Feature B in both songs.

---

[2] A "hook" is the term used in popular and commercial music for the signature melodic material of the work, the phrase by which the work is recognized. In the case of songs, the hook is usually the phrase in the chorus in which the title lyrics are sung, such as in the hit recording "Girls Just Want to Have Fun" (1979, recorded by Cyndi Lauper). In instrumental music, it is often the signature theme by which the listener recognizes which song is being performed.

[3] A phrase is a passage within a longer melody, similar to a sentence within a paragraph or a line within a poem. In vocal music, phrases are often determined by the pauses between lyric lines as the singer takes a breath.

March 17, 2018

9.  Similar Feature A is located in the similar recurring lyrics, found in the rapped
    verse and chorus sections of "Lightah 1996," compared to the rapped chorus of
    "Spark."[5] The first occurrences of these similar lyrics are shown in Musical
    Examples 1a, 1b, and 1c below, where identical lyrics are in bold type and
    underlined:[6]

---

[4] A "tritone" describes a specific distance, or "interval," between two pitches. A "tritone" is an interval spanning six adjacent pitches, such as the distance between a C and F-sharp. A tritone often involves a deviation from the series of pitches that otherwise constitute the key or tonal center of the musical work or passage at hand. It creates a distinctive dissonance, which requires resolution. During some periods of music history, it was discouraged from use by the musical establishment, and its use represented a breaking of the traditional "rules" by the composer. Due to its distinctive deviation from the norm, the tritone was historically referred to as "the Devil's interval." A famous song using a tritone is Leonard Bernstein's "Maria" from *West Side Story*. The theme sung to the lyric "Maria" contains 3 pitches, the first two of which form a tritone, causing a dissonance (C-F-sharp) requiring resolution by moving melodically to the neighboring pitch above F-sharp, which is G ("Mar-i-a").

[5] "Rapped" vocals are spoken in rhythmic patterns, without tones (pitches) that are sung.

Musical works are divided into smaller sections, much as books are divided into chapters. In popular songs, these sections are often "introductions," alternating "choruses" and "verses," transitional sections such as "bridges" and "interludes," and ending sections called "codas" or "outros."

[6] "Key" refers to the tonal center or primary pitch of a musical composition, and to the scale or series of pitches that create the melodic and harmonic material of the music. Whether a key is "major" or "minor" is determined by the exact series of pitches in the scale. Within the tradition of music in our Western culture, the most common scales are called "major scale" and "minor scale," each containing seven tones. The first tone is the foundation of the scale, and is also referred to as the "tonic" or "home." In the case of "Lightah 1996," the song is not composed in a traditional major or minor key, but is ambiguous in this regard. Therefore, no key signature is shown in the musical examples for "Lightah 1996." This lack of key signature is irrelevant in comparing the vocal parts here, which are rapped (spoken), not sung, in both songs. The rhythms of the rapped lyrics are indicated by "x" in place of noteheads in the musical examples.

3

March 17, 2018

**Similar Feature A:**

**Musical Example 1a: "Lightah 1996" Verse 1, Bars 5-6**[7]





**Musical Example 1b: "Lightah 1996" Chorus 1, Bars 13-14**



**Musical Example 1c: "Spark" Chorus 1, Bars 11-18**[8]



10. As shown in the above musical examples, the similarities between the two songs
here include:

    a.   Shared lyrics:

---

[7] Musical works are divided into groups of beats, and each group is referred to as a "bar" or "measure." In describing a musical work, one usually refers to the location within it by bar number. The number of beats per bar is usually two, three, four, or six. In musical notation, bars are separated by vertical lines called "bar lines."

[8] "Spark" contains two paired hook phrases that are rhythmically identical to each other and contain rhyming lyrics. These are labeled "Hook 1" and "Hook 2" in Musical Example 1c.

March 17, 2018

### Table 1: Examples of Shared Lyrics in "Lightah 1996" and "Spark"

| Song / Location (1st occurrence) | Lyrics |
|---|---|
| **"Lightah 1996"** Verse 1, Bars 5-6 | *Who's the thief that keeps taking my lightah, Hope you're burning when you're playing with the fi-ah* |
| **"Lightah 1996"** Chorus 1, Bars 13-14 | *Who got my lightah, Gonna find ya', Who got my lightah, I'm right behind ya'* |
| **"Spark"** Chorus 1, Bars 11-12 | *Who got the lightah, Let's spark the fi-ah* |

    b.  Shared distinctive pronunciation, rhyming, and vernacular deviation from standard English grammar:

        1)  both songs modify the pronunciation of "lighter" and "fire" to "lightah" and "fi-ah" (the latter as two syllables)

        2)  the lyrics "lightah" and "fi-ah" rhyme

        3)  both songs share the grammatical deviation "who got" rather than "who's got."

    c.  Shared metric placement[9] and phrase structure: The lyrics "lightah" and "fi-ah" are found on beat 4 in both the verse of "Lightah 1996" and the chorus of "Spark," each time ending a phrase.

    d.  Similar rhythms: Both songs share a similar rhythmic character. Specific shared rhythmic elements include:

        1)  the separation of the lyric "fire" into two syllables, "fi-ah," with two rhythmic stresses rather than one

---

[9] "Metric placement" describes the location within a bar of a particular pitch. For example, two pitches with the same metric placement would occur on the same beat, such as beat 1, 2, 3, or 4, or subdivision of that beat. Similar metric placement contributes and adds to the similarity of two melodies.

March 17, 2018

2)   the rhythmic sequence eighth note-sixteenth note-sixteenth note

tied to the following note.[10]

The above similar rhythmic sequence (paragraph 10d2) is shown in Musical

Example 1a, with the lyrics "Who's the thief" in "Lightah 1996," and in

Musical Example 1c, with the lyrics "got the light-" and "spark the fi-" in

"Spark." The same rhythmic sequence is also found in the opening vocal

phrase of "Lightah 1996," and repeated immediately thereafter as well as

throughout the song (sometimes to the lyrics "who's the dick"), for a total of

12 times throughout "Lightah 1996." In "Spark," this similar rhythmic

sequence is repeated 32 times in total. While it is a fragment in both songs, it

is nevertheless a distinctive and identifiable element, and essential to both

compositions.

e.   Shared function: "Who got my/the lighter" is the hook of both songs,

namely each song's signature phrase.

11. The above similar lyrical material recurs often in both songs and is a defining

element of both songs. In "Lightah 1996," the lyrical material of the entire song is

an outgrowth of the phrase "who got my lighter." In "Spark," the rapped hook

phrases "Who got the lighter, let's spark the fire" constitute all of the primary

vocal material found in the chorus of "Spark," repeating for eight consecutive

bars, four times throughout the song.

---

[10] Tones in a melody have duration measured in beats, meaning they are assigned a certain number of beats that are held before the next tone is sounded. These durations describe the rhythm of each note. In a traditional four-beat bar, for example, a quarter note would occupy one beat, a half note, two beats, and a whole note, four beats. The beats may also be subdivided, for example, into eighth notes (each are a half beat), sixteenth notes (each are a quarter beat), and so on.

A tie indicates that two notes of the same pitch are to be combined rhythmically, without a re-sounding of the second note, and sustained for the combined duration of their respective rhythms. For example, two tied half notes (two beats each) on pitch A sound like one whole note (four beats) on pitch A.

March 17, 2018

12. In "Lightah 1996," Similar Feature A occurs simultaneously with Similar Feature C in Verses 1 and 2, and in all chorus sections. In "Spark," Similar Feature A always occurs simultaneously with Similar Feature C in the chorus sections.

13. Similar Feature B is a nearly identical rhythmic pattern found in a recurring vocal phrase in "Lightah 1996" as compared to the hook phrases in "Spark."[11] The recurring phrase in "Lightah 1996," "where do they go I'd like to know," begins with similar rhythms as compared to the hook rhythms in "Spark." See Musical Examples 2a and 2b below for details, where solid arrows indicate identical rhythms, and hollow arrows indicate nearly identical rhythms:

**Musical Example 2a: "Lightah 1996" Interlude 1, Verse 2, Verse 3**



**Musical Example 2b: "Spark" Chorus**



---

[11] "Spark" contains two paired hook phrases that are rhythmically identical to each other and contain rhyming lyrics. These are labeled "Hook 1" and "Hook 2" in Musical Example 2b.

March 17, 2018

14. The substantially similar rhythms shown in the above musical examples are specified in Table 2 below. Both songs combine the following similar rhythmic traits here:

    a. notes of similar rhythmic value

    b. similar rhythmic emphasis on metrically strong and weak beats[12]

    c. syncopation.[13]

## Table 2: Similar Feature B

| **"Lightah 1996"** | | | | | |
|---|---|---|---|---|---|
| **Lyrics** | *Where* | *do* | *they* | *go* | *I'd* |
| **Rhythmic Values** | **eighth note** | **eighth note** | **sixteenth note** | **sixteenth note tied** to sixteenth note | **eighth note** |
| **Metric Emphasis** | **Upbeat** | **"strong" beat** | | **tie into "weak" beat; syncopated** | syncopated |
| **"Spark"** | | | | | |
| **Lyrics** | *Who Let's* | *got spark* | *the the* | *light- fi-* | *ah ah* |
| **Rhythmic Values** | **eighth note** | **eighth note** | **sixteenth note** | **sixteenth note tied** to eighth note | **eighth note** |

---

[12] Meter defines the number of beats per bar, and determines the basic pulse and rhythm of a piece of music. Traditional meters include 2/4, 4/4, 3/4, and 6/8. Each group of beats is referred to as a "bar" or "measure." Within each bar, the beats are also subdivided into alternating strong beats (accented) and weak beats (unaccented). In a four-beat bar, for example, beats 1 and 3 are considered to be strong beats (with beat 1 being the stronger) and beats 2 and 4 weak ones, as is the case here.

[13] "Syncopation" refers to a disturbance of the normal steady pulse within the music, and creates an uneven and less uniform effect, such as a short rhythm, followed by a long rhythm. Syncopation is found in such songs as George Gershwin's "I Got Rhythm."

March 17, 2018

15. Similar Feature B is particularly prominent and important in this case because both vocal parts are un-pitched, rather than sung, thus the similar rhythms alone take on greater significance than is the case in sung melodies.

16. In "Lightah 1996," Similar Feature B occurs simultaneously with Similar Feature C in Verses 2 and 3. In "Spark," Similar Feature B always occurs simultaneously with Similar Feature C in the chorus sections. Similar Feature C is described below.

17. Similar Feature C comprises a distinctive tritone feature found throughout the instrumental accompaniments of both songs. This similarity is significant because a tritone represents a deviation from the established tonal center, to create a specific dissonance. While neither the pitches nor rhythms here are identical in this shared feature, the use of the tritone itself represents a similar creative choice. The art of musical composition entails a series of musical creative choices that result in the final musical work. For example, a creator could decide to compose melodies without the use of a tritone at all, or with alternate forms of dissonance such as leaps of minor seventh intervals (such as C-natural to B-flat). In the music at hand, the creative choice to use the tritone as a pervasive compositional feature simultaneously with the similar vocal material discussed above is shared by both composers.

18. In both songs, the tritone is found within melodic instrumental lines, where the tones are played in succession. In "Lightah 1996," the tritone is an integral compositional feature, found in various forms in the repetitive instrumental melodies throughout the verse, chorus, and interlude sections. In "Spark," the

March 17, 2018

tritone is repeated consistently throughout nearly the entire song, beginning after the introduction section. Because the instrumental material in "Spark" consists mainly of repeated tones and non-pitched rhythms, this feature is compositionally significant in "Spark" as a part of one of the few melodic sequences in the song's instrumental accompaniment that rises and falls in pitch.

19. In both "Lightah 1996" and "Spark," Similar Feature C occurs simultaneously with the similar vocal material (Similar Feature A), including the similar hooks. Specifically:

   a. "Lightah 1996" (beginning at :08 and :51 seconds): the guitar plays a short melody featuring a tritone, simultaneously with the shared lyrics in Verses 1 and 2

   b. "Lightah 1996" (beginning at :24 seconds and 1:08 and 2:15 minutes): the guitar plays a strummed riff featuring a tritone in the chorus sections, simultaneously with the hook

   c. "Lightah 1996" (beginning at 1:26 minutes): the bass melody in Interlude 2 and Verse 3 features a tritone played simultaneously with the shared lyrics

   d. "Spark" (beginning at :22 seconds): beginning in Bar 11 and repeating in every fourth bar throughout most of the song, a chime instrument plays a three-note melody featuring a tritone. This occurs simultaneously with the hook throughout the chorus sections, where the tritone is sometimes repeated in every bar.

10

March 17, 2018

## **Comparison 2:**

### **"Lighter" (Richard Morrill, 2009) and "Spark the Fire" (Gwen Stefani)**

20. The most obvious significantly similar features found between "Lighter 2009" and "Spark" are:

   a.  Similar Feature A (also shared between "Lightah 1996" and "Spark"): similar recurring lyrics combined with structural and rhythmic similarities, including the hooks of both songs

   b.  Similar Feature D: similar distinctive triplet rhythms in the hook of "Lighter 2009" and throughout the verse of "Spark"[14]

   c.  Similar Feature E: structural similarity in "Lighter 2009" and "Spark" in their paired hook phrases, found in the chorus sections of both songs. This feature contains the shared lyrics of Similar Feature A.

21. Similar Feature A is the similar recurring lyrics in both songs. These are found in the rapped verse and chorus sections of "Lighter 2009," and in the rapped chorus of "Spark." Musical Examples 3a-3d below show a selection of the many occurrences of these lyrics in both songs (identical lyrics are in bold type and underlined):[15]

---

[14] A "triplet" describes a rhythmic pattern in which three notes are compressed into the time that would ordinarily be allotted for two notes. The result is rhythmically distinctive.

[15] Both songs are rapped (spoken) with no sung pitches here, indicated by "x" in place of noteheads in the musical examples.

March 17, 2018

### Similar Feature A:

### Musical Example 3a: "Lighter 2009" Verse 1, Bars 5-6



### Musical Example 3b: "Lighter 2009" Chorus 1, Bars 26-27[16]



### Musical Example 3c: "Lighter 2009" Chorus 1, Bar 30



---

[16] Both "Lighter 2009" and "Spark" contain paired hook phrases that are rhythmically identical to each other and contain rhyming lyrics. These are labeled "Hook 1" and "Hook 2" in Musical Examples 3b-3d and discussed in more detail later in this report.

March 17, 2018

**Musical Example 3d: "Spark" Chorus 1, Bars 11-18**



22. As shown in the above musical examples, the similarities between the two songs

here include:

    a.   Shared lyrics:

**Table 3: Examples of Shared Lyrics in "Lighter 2009" and "Spark"**

| Song / Location (1st occurrence) | Lyrics |
|---|---|
| **"Lighter 2009"** Verse 1, Bars 5-6 | *Who's the thief that keeps taking my lightah,* *Hope you're burning when you're playing with* *the fi-ah* |
| **"Lighter 2009"** Chorus 1, Bars 26-27 | *Who got my lightah, Who got my fi-ah* |
| **"Lighter 2009"** Chorus 1, Bar 30 | *Who got my lightah, Who got my fi-ah* |
| **"Spark"** Chorus, Bars 11-12 | *Who got the lightah, Let's spark the fi-ah* |

    b.   Shared pronunciation, rhyming, and vernacular departure from formal

English grammar:

        1)  both songs modify the pronunciation of "lighter" and "fire" to

"lightah" and "fi-ah" (the latter as two syllables)

        2)  the lyrics "lightah" and "fi-ah" rhyme

        3)  both songs contain the vernacular departure from standard

English grammar with "who got" rather than "who's got."

13

March 17, 2018

  c. Shared metric placement and phrase structure: The lyrics "lightah" and "fi-ah" are found on beat 4 in both the verse of "Lighter 2009" and the chorus of "Spark," each time ending a phrase.

  d. Similar rhythms: Both songs share a similar rhythmic character. Specific shared rhythmic elements include:

    1) the separation of the lyric "fire" into two syllables, "fi-ah," with two rhythmic stresses rather than one

    2) the sequence eighth note-sixteenth note-sixteenth note tied to the following note.

The above similar rhythmic sequence (paragraph 22d2) is shown above in Musical Example 3a, with the lyrics "Who's the thief" in "Lighter 2009," and in Musical Example 3d, with the lyrics "got the light-" and "spark the fi-" in "Spark." The same rhythmic sequence is repeated throughout "Lighter 2009" (sometimes to the lyrics "who's the dick"), for a total of 10 times. In "Spark," this similar rhythmic sequence is repeated 32 times in total. While it is a fragment in both songs, it is nevertheless an identifiable and distinctive sequence, essential to both compositions.

  e. Shared function: "Who got my/the lighter" is the hook of both songs, thus the signature phrase of each song.

23. The above similar lyrical material recurs often in both songs and is a defining element of both songs. In "Lighter 2009," the lyric material of the entire song is an outgrowth of the phrase "who got my lighter." In "Spark," the rapped hook phrases "Who got the lighter, let's spark the fire" constitute all of the primary

March 17, 2018

vocal material found in the chorus of "Spark," repeating for eight consecutive bars, four times throughout the song. This repetition of the same material throughout an entire chorus section, rather than varying and contrasting material, is somewhat unusual. Without this shared material, the chorus of "Spark" would not exist.

24. Similar Feature D comprises similar distinctive triplet rhythms found in the repetitive hook of "Lighter 2009" and throughout the verse sections of "Spark." This rhythmic material is the backbone and driving force for the verse in "Spark." See Musical Examples 4a-4c below for selected examples of the triplet feature in both songs (identical lyrics are in bold type and underlined):

**<u>Similar Feature D:</u>**

**<u>Musical Example 4a: "Lighter 2009" Chorus 1, Bars 26-28</u>**



**<u>Musical Example 4b: "Lighter 2009" Chorus 1, Bar 30</u>**



March 17, 2018

**Musical Example 4c: "Spark" Verse 1, Bars 19-20**



25. Similar Feature E comprises an important and notable structural similarity in its pairing of the similar hook phrases of "Lighter 2009" and "Spark," found in the chorus sections of both songs. This feature contains the lyrical similarities of Similar Feature A. The shared traits in Similar Feature E include the following:

   a. Hook 1 contains the similar phrases "Who got my lightah" ("Lighter 2009"), and "Who got the lightah" ("Spark")

   b. Hook 2 immediately follows Hook 1, separated by a rest (silence)[17]

   c. Hook 2 contains the rhyming phrases "Who got my fi-ah" ("Lighter 2009") and "let's spark the fi-ah" ("Spark"), in the same rhythms as found in Hook 1 of each song.

   d. Similar Feature E occurs repeatedly in both songs. See Musical Examples 3b, 3c, and 3d in the report above for an illustration of this similarity, where the paired hooks are labeled "Hook 1" and "Hook 2."

---

[17] In "Lighter 2009," Hook 2 also follows Hook 1 without a rest (silence) in between the two, in some iterations. This is illustrated in Musical Example 3c.

16

March 17, 2018

## **Comparison 3:**

### **Brief Summary of Similarities and Differences between "Lightah 1996" and**

### **"Lighter 2009" As Compared to "Spark"**

26. Overall, "Lightah 1996" and "Lighter 2009" contain much of the same vocal

material (i.e. rapped lyrics and rhythms) in comparison to each other. The

character and instrumentation are also very similar between "Lightah 1996" and

"Lighter 2009." However, the instrumental accompaniments often differ

melodically.

27. As discussed in Comparison 1 above, "Lightah 1996" contains three primary

features of similarity in comparison to "Spark."

    a.  Similar Feature A (also shared between "Lighter 2009" and "Spark"):

similar recurring lyrics (including "lightah" and "fi-ah"), combined with

structural and rhythmic similarities. This feature includes the hook in all

three songs.

    b.  Similar Feature B: This is a similar rhythmic pattern between a recurring

vocal phrase in "Lightah 1996" ("where do they go I'd…") and the hook

of "Spark."

    c.  Similar Feature C: a distinctive tritone feature in the instrumental

accompaniments of both songs. This feature is found simultaneously with

Similar Feature A and Similar Feature B separately, in both songs as

discussed above.

March 17, 2018

28.  As discussed in Comparison 2 above, "Lighter 2009" and "Spark" contain three primary features of similarity in comparison to "Spark," the first of which is also shared between "Lightah 1996" and "Spark":

    a.  Similar Feature A (also shared between "Lightah 1996" and "Spark"): similar recurring lyrics (including "lightah" and "fi-ah"), combined with structural and rhythmic similarities. This feature is common to all three songs and includes the hook in all three songs.

    b.  Similar Feature D: similar distinctive triplet rhythms in the hook of "Lighter 2009" and throughout the verse of "Spark."

    c.  Similar Feature E: structural similarity in both songs' paired hook phrases.

## Summary of Preliminary Findings and Conclusions

29. "Lightah 1996" and "Lighter 2009" each contain three primary similar features as compared to "Spark," one of which is common to all three songs.

30. In "Lightah 1996," two of the three similar features are combined simultaneously.

31. The similar material is distinctive and integral to all three compositions.

Report submitted on March 17, 2018 by:

Judith Finell, Musicologist and President
Judith Finell MusicServices Inc.

\

## Appendix A

### QUALIFICATIONS of Judith Finell, Expert Witness in Music

 I am a musicologist and the president of Judith Finell MusicServices Inc., a consulting firm in New York and Los Angeles.  For over 25 years, I have served as an expert witness and consultant in various disputes regarding intellectual property, including copyright litigation involving Marvin Gaye, the Beastie Boys, Julio Iglesias, Sony/CBS, Igor Stravinsky, and many others.  Recently, I was the musicologist testifying on behalf of the Marvin Gaye estate in the case involving the songs "Blurred Lines" and "Got to Give it Up" before Federal Judge Kronstadt in Los Angeles (Pharrell Williams, Robin Thicke, and Clifford Harris, Plaintiffs v. Bridgeport Music Inc., Frankie Christian Gaye, Marvin Gaye III, et al, Defendants, USDC, Central District of California, Western Division, Case No. CV 13-0604-JAK). I have also testified regarding music technology, including before the Copyright Royalty Board in Washington, D.C. in a dispute between the recording and music publishing industries involving the royalty rates for ring tones.

 I regularly advise film and television companies; advertising agencies; entertainment and copyright attorneys; media, publishing, and recording companies; and musicians. My firm also provides music supervision and consulting services for film, television, video games, and commercials. In this regard, I was engaged as a music consultant by Sony Pictures for *Memoirs of a Geisha*, and have consulted often with Disney, CBS, HBO, Lionsgate, DreamWorks, Lucasfilm, and others on the original and licensed music selected for their productions. I also appeared as a guest on television's *Celebrity Justice*, discussing a pending copyright case involving the recording artist Madonna. I often present seminars and lectures to law schools, bar associations, intellectual property and creative departments of various law firms and advertising agencies throughout the country, including frequent appearances in New York, Chicago, San Francisco, L.A., and Nashville. I have been a guest and keynote speaker at Harvard, Stanford, Columbia, and Vanderbilt Universities, before the American Bar Association, the Copyright Society of the USA, the New York State Bar Association, the Los Angeles Copyright Society, and the Beverly Hills Bar Association, among others. The attorneys attending my presentations often receive CLE credit. I have also been a guest speaker before graduate film composing seminars at UCLA, NYU, and other universities.

 I am a trustee and have been an officer of the board of the Copyright Society of the U.S.A., having also co-chaired its New Member Initiative committee for 5 years.

 I graduated from The University of California, Berkeley (M.A., musicology), and from University of California, Los Angeles (UCLA) (B.A., music performance).

I have authored the following publications in the past ten (10) years. A full list of my publications, including a book, is listed on my firm's website at www.jfmusicservices.com.

"Tribute to Marybeth Peters," *Copyright Society of the USA Journal*, Fall, 2010.

"Scandalous Notes: A Musicologist Discusses New Developments in Music Technology That Challenge Copyright Attorneys and Expert Witnesses," *New York State Bar Association*

1

\

*Entertainment, Arts and Sports Law Journal*, Special Edition 2008, Vol. 19, No. 1.

"The Outer Reaches of Copyright Protection: Creative Arts, Style and the Law," written with Judith Beth Prowda, *New York State Bar Association Entertainment, Arts and Sports Law Journal*, Fall/Winter 2002.

## <u>COMPENSATION</u>

My compensation is $350 per hour for non-testimonial purposes and $4,500 per day for testimonial purposes. My fee is $450 per hour for litigation support, including preparation for testimony. If testifying outside of the Los Angeles area, I am paid a minimum of one 8-hour day, plus travel time. If testifying within the Los Angeles area, minimum testimony time charge is $2500 for a half day of 4 hours, beyond which is billed at a $450 hourly fee, plus travel time and expenses.

## Appendix B

## Judith Finell Prior Testimony as Expert Witness – Music Copyright Infringement

I have testified as an expert witness at trial or by deposition in the following cases from 2008-2017:

1.     Ian Pai v. Blue Man Group Publishing LLC et al, Supreme Court of the State of New York, Judge Ostrager. Deposition on November 9, 2017. I was retained by attorneys for the defendant, Blue Man Group Publishing (Frankfurt, Kurnit, Klein & Selz).

2. Bowen v. Paisley, et al, Case No. 3:13-0414, pending in the United States District Court for the Middle District of Tennessee, Nashville Division, Depositions on October 29, 2015 and March 15, 2016. I was retained by the attorneys for the plaintiff (Connor and Connor).

3. Osama Ahmed Fahmy, Plaintiff v. Jay-Z (AKA Shawn Carter), Timothy Mosely et al, Defendants, USDC, Central District of California, Western Division, Case No. CV 07-05715 (CAS), deposition on July 30, 2015. I was retained by the attorneys for the plaintiff (Browne, George, Ross).

4. Pharrell Williams, Robin Thicke, and Clifford Harris, Plaintiffs v. Bridgeport Music Inc., Frankie Christian Gaye, Marvin Gaye III, et al, Defendants, USDC, Central District of California, Western Division, Case No. CV 13-0604-JAK, trial testimony on February 26-27, 2015, and depositions on April 18, 2014 and December 5, 2014. I was retained by the attorneys for the defendants (King & Ballow), the family of Marvin Gaye.

5. Calvin Gaines, Plaintiff v. Rob Fusari, Rob Fusari Productions, LLC, and Stefani Germanotta aka Lady Gaga, Civil Action No. 11-CV-4433( WJM/MF), deposition on July 2, 2014. I was retained by attorneys for the defendant (James C. Dezao).

6. Chris Lester, Plaintiff v. U2 Limited, et al., Defendants. U.S. District Court, Central District of California, Case No. CV 07-06612-SJO, deposition on February 29, 2009. I was retained by attorneys for the plaintiff (Lavely & Singer – John Lavely, Attorney).

7. Serendip LLC & Wendy Carlos, Plaintiffs v. Warner Bros. Entertainment Inc., Defendant. U.S. District Court, Central District of California, Case No. CV08-07739 RGK, deposition on December 8, 2009.  I was retained by attorney for the plaintiffs. The case involved the electronic musical score for the film *A Clockwork Orange*.

8. Testified as expert rebuttal witness before the Copyright Royalty Judges of the Library of Congress in the matter of Mechanical and Digital Phonorecord Delivery Rate Adjustment Proceeding on behalf of National Music Publishers' Association, Inc., the Songwriters Guild of America, and the Nashville Songwriters Association International, Docket No. 2006-3 CRB DPRA. The proceeding took place on May 21, 2008, and I was retained as a rebuttal witness for the National Music Publishers' Association.