JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MORRIL**, <br><br> Plaintiff, <br><br> v. <br><br> **GWEN STEFANI**, et al., <br><br> Defendants. | Case No.: CV 17-7301 DMG (SKx) <br><br> **JUDGMENT** |

The Court having granted the motion for summary judgment of Defendants Gwen Stefani, Pharrell Williams, Break Out My Cocoon, LLC, and Interscope Records by order dated October 1, 2018 [Doc. # 121],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: October 2, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-